UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In Re: JOHN VICTOR TOMASSINI                                   Case No: 4:14-bk-12761 T
                                                                Chapter 13

## SUMMARY NOTICE OF CLAIMS FILED

Pursuant to an examination of the proofs of claims filed in this case, Joyce Bradley Babin, Chapter 13 Standing Trustee, provides this Summary Notice of Claims Filed for claims filed on or before the date of this Notice. This Notice is provided to the Debtor and the Debtor's attorney and is filed with the United States Bankruptcy Court.

In this Notice, the classification of each claim (e.g., priority, secured or unsecured) is listed. "Not filed" denotes a debt disclosed in the Debtor's bankruptcy schedules for which no proof of claim has been filed. Except of the classification of a claim as "priority," a claim filed that is not listed in the Debtor's bankruptcy schedules is described as "unlisted." For any claim filed as "priority," the claim is listed as "priority" regardless of the listing in the Debtor's schedules.

Pursuant to 11 U.S.C. Sections 501 and 502 and Federal Rule of Bankruptcy Procedure 3007, a claim or interest for which a proof of claim is filed is deemed allowed unless the Debtor or a party in interest objects to the claim and obtains an order modifying or disallowing the claim as filed. If no order is entered which modifies or disallows a claim, each of the claims noted below will be paid as filed, subject to the terms of the confirmed plan and the United States Bankruptcy Code.

This Notice is a summary only of the proofs of claims filed with the United States Bankruptcy Court and is not intended as legal advice on any issue regarding the claims including, without limitation: (1) the accuracy of the claim; (2) the underlying objection; or (3) the treatment of the filed claim in the plan. Filing of this Notice is not a waiver of the Trustee's rights to seek allowance or determination of the status of any claim pursuant to the Bankruptcy Code of the Federal Rules of Bankruptcy Procedure.

Date: 11/20/2014

                                                              /s/ Joyce Bradley Babin
                                                              Chapter 13 Standing Trustee

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| Allen & Withrow Attorneys<br>12410 Cantrell, Suite 100<br>P.O. Box 17248<br>Little Rock, AR 72222 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment : Citi Bank Credit Cards-bcy, HS | |
| ARS National Services, Inc.<br>P.O. Box 463023<br>Escondido, CA 92046-3023 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment : Chase Bank Credit Card NA-bc | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| CACH, LLC<br>4340 S. Monaco St, Unit 2<br>Denver, CO  80237-3408 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  :  HSBC Bank bcy | |
| CACH, LLC<br>4340 S. Monaco St, Unit 2<br>Denver, CO  80237-3408 | $929.55<br>$929.55<br>Filed | UNLISTED UNSECURED<br>Account No:  8758<br>Comment  : | Pro-Rata |
| Capital One Bank (USA) N.A.<br>by American InfoSource LP<br>as Agent<br>P.O. Box 71083<br>Charlotte, NC  28272-1083 | $6,076.92<br>$6,076.92<br>Filed | UNSECURED<br>Account No:  3989<br>Comment  : | Pro-Rata |
| Chase Bank Credit Card NA-bcy<br>Recovery Department<br>P.O. Box 29505<br>Phoenix, AZ  85038-9505 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Citi Bank Credit Cards-bcy<br>Attn: Centralized Bankruptcy<br>P.O. Box 20507<br>Kansas City, MO  64195 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Financial Recovery Services<br>P.O. Box 385908<br>Minneapolis, MN  55438 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  :  HSBC Bank bcy | |
| GC Services<br>6330 Gulfton<br>Houston, TX  77081 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  :  Citi Bank Credit Cards-bcy | |
| GEMB/JC Penneys<br>Attn: Bankruptcy Department<br>P.O. Box 103104<br>Roswell, GA  30076 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| Havner Law Firm PA<br>P.O. Box 21539<br>White Hall, AR  71612 | $3,000.00<br>$0.00 | Initial Attorney Fee<br>Account No:<br>Comment  : | 100.00 |
| Hosto & Buchan PLLC<br>Attorneys at Law<br>P.O. Box 3397<br>Little Rock, AR  72203 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  :  Capital One | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| HSBC Card Services bcy<br>PO Box 80084<br>Salinas, CA  93912 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| Jefferson Capital Systems<br>16 Mcleland Rd<br>Saint Cloud, MN  56303 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  :  Aspire/CB&T | |
| JEFFERSON CAPITAL SYSTEMS INC<br>P O Box 953185<br>ST Louis, MO  63195-3185 | $1,331.02<br>$1,331.02<br>Filed | UNSECURED<br>Account No:  3875<br>Comment  : | Pro-Rata |
| Metropolitan National Bank<br>Cardmember Services<br>PO Box 6454<br>Fargo, ND  58125-6452 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Comment  : | |
| MRS Associates, Inc<br>1930 Olney Ave<br>Cherry Hill, NJ  08003 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  :  Chase Bank Credit Card NA-bc | |
| Oliphant Financial<br>9009 Town Center Parkway<br>Bradenton, FL  34202 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  :  Capital One | |
| Oliphant Financial, LLC<br>P O Box 864934<br>Orlando, FL  32886-4934 | $883.72<br>$883.72<br>Filed | UNLISTED UNSECURED<br>Account No:  5102<br>Comment  : | Pro-Rata |
| Portfolio Recovery Associates,<br>P.O. Box 12914<br>Norfolk, VA  23541 | $4,732.58<br>$4,732.58<br>Filed | UNSECURED<br>Account No:  4919<br>Comment  : | Pro-Rata |
| Portfolio Recovery Associates,<br>P.O. Box 12914<br>Norfolk, VA  23541 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  : | |
| Portfolio Recovery Associates,<br>P.O. Box 12914<br>Norfolk, VA  23541 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  :  US Bank NA | |
| Portfolio Recovery Associates, LLC<br>P O Box 12914<br>Norfolk, VA  23541 | $1,092.99<br>$1,092.99<br>Filed | UNSECURED<br>Account No:  5380<br>Comment  : | Pro-Rata |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| Portfolio Recovery Associates, LLC<br>P O Box 12914<br>Norfolk, VA  23541 | $4,938.17<br>$4,938.17<br>Filed | UNSECURED<br>Account No:  9701<br>Comment  : | Pro-Rata |
| Primary Financial Services<br>5959 Corporate Dr Ste 1400<br>Houston, TX  77036 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  :  GEMB/JC Penneys | |
| Stephen P. Lamb<br>Attorney at Law<br>P.O. Box 1027<br>Beebe, AR  72012-1027 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  :  Aspire/CB&T | |
| Taylor Law PLLC<br>PO Box 436709<br>Louisville, KY  40253-6709 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No:<br>Comment  :  HSBC Bank bcy | |
| University of Arkansas For Medical Science<br>P O Box 504962<br>Saint Louis, MO  63150-4962 | $1,533.35<br>$1,533.35<br>Filed | UNSECURED<br>Account No:  2978<br>Comment  : | Pro-Rata |

CC:    JOHN VICTOR TOMASSINI  
       7600 Arch St  
       Little Rock, AR  72206

       Havner Law Firm PA  
       P.O. Box 21539  
       White Hall, AR  71612